UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No: 2:17-cv-63-FtM-38CM

DOUGLAS WINLAND, SHERRY JEAN HETZ, NEWLINE HOLDINGS, LLC, LARRY HART, DABTLC5, LLC and STATE OF FLORIDA,

    Defendants.

_____/

## OPINION AND ORDER[1]

Pursuant to this Court's Opinion and Order (Doc. 43), which was entered December 1, 2017, granting the United States of America's Renewed Motion for Default Judgment (Doc. 42),

**IT IS HEREBY ORDERED THAT**:

1. Defendant Douglas Winland is indebted to the United States of America for unpaid federal income tax liabilities for tax years 1998 through 2006 in the total amount of $1,115,884.38 as of April 10, 2017, plus fees and statutory additions

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

thereon as provided by law from that date to the date of payment in full pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6621-22.

2. The United States of America is permitted to sell the property located at 3510 NW 47th Street, Cape Coral, Florida 33993 at public auction pursuant to the Decree of Foreclosure and Order of Sale, which shall be submitted to the Court by the United States of America on or before **Monday December 18, 2017**. The net proceeds of the sale shall be distributed as follows:

    a. To the United States of America for the expenses of the sale;

    b. To Defendant Lee County Tax Collector for any unpaid ad valorem tax claims; and

    c. To the United States of America for application toward the unpaid tax liabilities of Douglas Winland.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of December, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record