UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

v.              Case No: 2:17-cv-63-FtM-38CM

DOUGLAS WINLAND, SHERRY
JEAN HETZ, NEWLINE HOLDINGS,
LLC, LARRY HART, DABTLC5, LLC
and STATE OF FLORIDA,

   Defendants.
_____/

## OPINION AND ORDER[1]

  This matter comes before the Court on *sua sponte* review of the docket. This case arises out of Defendant Douglas Winland's failure to pay outstanding tax liabilities and his attempts to shelter his assets. After the Government filed its Complaint (Doc. 1), Defendants failed to respond or otherwise defend themselves. The Government then obtained a Clerk's Default and a Default Judgment. (Docs. 35; 43; 45). The Government then moved for and received a Decree of Foreclosure and an Order of Sale. (Docs. 46; 47). In the Court's Order, it retained jurisdiction "for purposes of entering all further orders as may be appropriate." (Doc. 47 at ¶ 14). But the Government has not filed a document

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

in this case since February 2018. (Doc. 48). Consequently, the Government is Ordered to show cause in writing on or before June 12, 2018, why the Court should not close the case.

Accordingly, it is now

**ORDERED:**

1. The Government is ORDERED to show cause in writing on or before **June 12, 2018**, why the Court should not close the case.

2. Failure to comply with this Order will result in the Court closing the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of June, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record