UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No:  2:17-cv-63-FtM-38CM

DOUGLAS WINLAND, SHERRY
JEAN HETZ, NEWLINE HOLDINGS,
LLC, LARRY HART, DABTLC5, LLC
and STATE OF FLORIDA,

        Defendants.
_____/

## OPINION AND ORDER[1]

    On June 6, 2018, the Court Ordered the Government to show cause in writing why this case should not be closed. (Doc. 49). The Government responded that the case should not be closed because it planned to schedule the sale of the subject property "within the next few weeks." (Doc. 50 at ¶ 5). The Government then requested the Court to continue to retain jurisdiction over the matter pending sale of the subject property, confirmation by the Court, and distribution of the proceeds of sale. (Doc. 50 at ¶ 7). Underlying that request, the Government committed to file a status report detailing the posture of the case on or before July 11, 2018. (Doc. 50 at ¶ 6).

_____

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Upon review, the Court will retain jurisdiction over the case for now. But the Government is directed to file a status report on or before July 11, 2018.

Accordingly, it is now

**ORDERED:**

1.  The Court will take no further action on its Order to Show Cause. (Doc. 49).

2.  The Government is **ORDERED** to file a status report detailing the posture of the case on or before **July 11, 2018**.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of June, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record