UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS WINLAND, SHERRY JEAN HETZ, NEWLINE HOLDINGS, LLC, LARRY HART, DABTLC5, LLC and STATE OF FLORIDA,

    Defendants.

Case No: 2:17-cv-63-FtM-38CM

## ORDER

This matter comes before the Court upon review of the United States' Unopposed Motion for Confirmation of Sale and Distribution of Proceeds filed on December 12, 2018. Doc. 59. Upon review and consideration of the motion and attached submissions, and for good cause shown, the Court will grant the motion.

ACCORDINGLY, it is

**ORDERED:**

1. The United States' Unopposed Motion for Confirmation of Sale and Distribution of Proceeds (Doc. 59) is **GRANTED**. The sale of real property located at 3510 NW 47th Street, Cape Coral, Florida 33993 ("the Property") to Alan Painchaud, of 3623 NW 43rd Avenue, Cape Coral, Florida 33993, for the sum of $165,000.00, is confirmed.

2. In accordance with the Opinion and Order entered December 21, 2017 (Doc. 47), the Internal Revenue Service, through Sloane Wilkinson, a Property Appraisal and Liquidation Specialist, is authorized and directed to issue a deed of judicial sale conveying the Property to Alan Painchaud. *See* Doc. 47 at 5; Doc. 59 at 3; Doc. 59-1.

3. The Clerk is directed to distribute the proceeds of the sale deposited with the registry of the Court (Docs. 56, 58) as follows:

    a. The sum of $2,807.55 to the Internal Revenue Service, c/o Sloane Wilkinson, Property Appraisal and Liquidation Specialist, 3340 Jaeckle Drive, 101, Wilmington, North Carolina 28403, to be distributed by the IRS as set forth in the Report of Judicial Sale (*See* Doc. 59-1 at 1-2);

    b. The sum of $5,403.21 to the Lee County Tax Collector, Attn: Legal Department, 2480 Thompson Street, P.O. Box 850, Fort Myers, Florida 33902-0850; and

    c. The remaining sales proceeds of $156,789.24, plus interest accrued in the registry account, up to the amount of $1,200,293.19, to the United States Department of Justice, Tax Division FLU, P.O. Box 310, Washington, DC 20044.

**DONE** and **ORDERED** in Fort Myers, Florida on this 17th day of December, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record