UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Case No: 2:17-cv-63-FtM-38CM

DOUGLAS WINLAND, SHERRY JEAN HETZ, NEWLINE HOLDINGS, LLC, LARRY HART, DABTLC5, LLC and STATE OF FLORIDA,

    Defendants.
_____/

## OPINION AND ORDER[1]

The United States of America sued Defendants to foreclose a tax lien on real property, sell the property, and distribute the proceeds. (Doc. 1). The Government sold the property at auction, Magistrate Judge Carol Mirando confirmed the sale, and the Clerk of the Court has distributed the proceeds. (Doc. 60). All matters before the Court have thus been resolved.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

1. The Clerk of the Court is **DIRECTED** to enter judgment, terminate all deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of December, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record